# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MASTEJ, AN INDIVIDUAL,
Appellant,
vs.
NEVADA PROPERTY 1, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,
Respondent.

No. 65367

**FILED**

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order confirming an arbitration award in a contract action. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Appellant argues that the arbitrator disregarded the law and facts and exceeded his authority by entering a preliminary injunction that precluded appellant from using and disseminating certain documents that were protected by a nondisclosure agreement, sanctioning appellant for violating the preliminary injunction, and allowing respondent to add claims that appellant asserts were beyond the scope of the purchase agreement's arbitration provision. He therefore contends that the award should be vacated.

Having considered the parties' arguments and the record, we conclude that the district court did not err in confirming the award.[1] *Sylver v. Regents Bank, N.A.*, 129 Nev., Adv. Op. 30, 300 P.3d 718, 721 (2013) (reviewing de novo a district court's confirmation of an arbitration

---

[1]We have considered appellant's October 23, 2015, filing to the extent that it did not reference or include documents outside of the record on appeal.

16-04677

award). Appellant did not demonstrate that the arbitrator overlooked statutory requirements, manifestly disregarded the law, or exceeded his authority in entering the injunction and sanctioning appellant for violating it, in allowing respondent to add claims based on appellant's alleged violation of an employment nondisclosure agreement, or in calculating damages for breach of contract. *Health Plan of Nev., Inc. v. Rainbow Med., LLC*, 120 Nev. 689, 695, 698, 100 P.3d 172, 176-77, 178 (2004) (explaining that an arbitration award will be reversed only if there is a statutory ground for reversal or the arbitrator manifestly disregarded the law or exceeded his authority, and that an arbitration award is properly confirmed if "there is a colorable justification for the outcome"). As the record does not support appellant's contentions, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Adriana Escobar, District Judge
Thomas J. Tanksley, Settlement Judge
Todd Mastej
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

---

[2]We have considered appellant's remaining arguments and conclude that they do not warrant reversal.